Leonhard Bohringer, as Administrator, etc., Respondent, v. Samuel O. Campbell, Appellant.— Motion for reargument granted, without costs, and case set down for Tuesday, November 19, 1912. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Francesco Caccioppoli, Appellant, v. Lorenzo Lemmo and Others, Respondents.— Motion granted. Present — Jenks, P. J., Hirschberg, Burr and Thomas, JJ.

Chauncey S. Horton and Others, Plaintiffs, v. Thomas McNally Company, Defendant.— Without considering the merits of the controversy or the validity of the order appealed from, but solely in view of the intense personal hostility between the receivers, disclosed by the papers, we think the progress of the important public work involved will be expedited by a denial of the stay asked for pending the hearing and determination of the appeal. The motion is, therefore, denied, without costs, and the temporary stay vacated, but without prejudice to a renewal of the motion should a speedy hearing of the appeal be unduly delayed by the respondents. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of Acquiring Title by the City of New York to Certain Land and Premises, Situated in the Block Bounded by Chauncey Street, Marion Street, Hopkinson Avenue and Rockaway Avenue, in the Borough of Brooklyn, etc.— Motion of the Bailey claimants to intervene granted. Motion to reopen proceedings granted to the extent that the respondent Finnigan may be permitted to present to the referee such documentary evidence as she shall be advised, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Frances V. Hallock and Others, as Administrators, etc., Relators, v. Joseph P. Hennessy and Others, etc., Defendants.— Motion for leave to appeal to the Court of Appeals granted, without costs, and question certified. Present — Burr, Thomas, Carr, Woodward and Rich, JJ.

McWalter B. Sutton, Appellant, v. William E. Butler, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.